

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00145-CR

**EX PARTE** Anibal Armando **ALEMAN ANARIBA**

From the County Court, Kinney County, Texas
Trial Court No. 14034CR
Honorable Molly Francis, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED.

SIGNED August 19, 2025.

_H. Todd McCray_
H. Todd McCray, Justice